UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RESIDENTS OF GORDON PLAZA, INC. | ∗ | CIVIL ACTION NO. 18-4226 |
| | ∗ | SECTION "B" (3) |
| VERSUS | | |
| | ∗ | JUDGE IVAN L. R. LEMELLE |
| MITCH LANDRIEU, ET AL | | |
| | ∗ | MAGISTRATE DANA M. DOUGLAS |

∗   ∗   ∗   ∗   ∗   ∗   ∗

## REQUEST FOR ORAL ARGUMENT

Defendants, the City of New Orleans and LaToya Cantrell, in her official capacity as Mayor of New Orleans, hereby respectfully request pursuant to Local Rule 78.1E permission for oral argument upon their Motion for Judgment on the Pleadings or, in the alternative, Motion for Summary Judgment, which are set for hearing on February 27, 2019, because oral argument will serve to clarify argument upon novel issues under the Resource Conservation and Recovery Act and jurisdictional issues presented by this case.

Respectfully submitted,

*Michael J. Laughlin*

_____
MICHAEL J. LAUGHLIN    #01668
Assistant City Attorney
KIMLIN S. LEE  #23188
Deputy City Attorney
CHURITA H. HANSELL  #25694
Chief Deputy City Attorney
DONESIA D. TURNER  #23338
Sr. Chief Deputy City Attorney
SUNNI J. LeBEOUF    #28633
City Attorney
1300 Perdido Street
City Hall – Room 5E03

        New Orleans, Louisiana 70112
        Telephone: (504) 658-9800
        Fax: (504) 658-9868
        mjlaughlin@nola.gov

*Counsel for Defendants, the City of New Orleans and LaToya Cantrell, in her Official Capacity as Mayor of the City of New Orleans*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of January, 2019, I electronically filed the above and foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

        *Michael J. Laughlin*
        _____
        MICHAEL J. LAUGHLIN