UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESIDENTS OF GORDON PLAZA, INC., ) | CIVIL ACTION NO. 18-4226 |
| *Plaintiff*, ) | SECTION "B" (3) |
| v. ) | JUDGE IVAN L. R. LEMELLE |
| LATOYA CANTRELL, ET AL. ) | MAGISTRATE DANA DOUGLAS |
| *Defendants*. ) | |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

Plaintiff Residents of Gordon Plaza, Inc., through undersigned counsel, respectfully ask this Court to grant oral argument on Plaintiff's Second Motion for Partial Summary Judgment that the Plaintiff has standing to bring this suit. The Plaintiff believes that oral argument will assist in clarifying the issues and the law in this matter. Additionally, issues presented in the Defendants' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment, ECF No. 36, include standing-related issues and therefore overlap with this motion. Granting oral argument on this motion, therefore, would benefit the decision-making process of this Court on both motions.

Respectfully submitted on February 22, 2019,

**TULANE ENVIRONMENTAL LAW CLINIC**

/s/ Margaret Wilbourne
Margaret Wilbourne, Student Attorney

/s/ Lisa Jordan
LISA W. JORDAN (#20451)
Director, Tulane Environmental Law Clinic
6329 Freret Street, Suite 130

/s/ Adam Babich
ADAM BABICH (#27177)
6329 Freret Street

1

<table>
<tr><td>New Orleans, LA  70118<br>Phone: (504) 865-5789<br>Email: lwjordan@tulane.edu</td><td>New Orleans, LA 70118<br>Phone: (504) 862-8800<br>Email: ababich@tulane.edu</td></tr>
</table>

*Counsel for Plaintiff, Residents of Gordon Plaza, Inc.*