**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RESIDENTS OF GORDON PLAZA, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4226** |
| **LATOYA CANTRELL, ET AL.** | **SECTION "B"(3)** |

**JUDGMENT**

Entry of a final judgment is proper because the Court granted summary judgment in favor of defendants, only for lack of associational standing by the plaintiff entity, with written reasons.[1] Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is hereby entered dismissing plaintiff's claims without prejudice.

New Orleans, Louisiana, this 26th day of May, 2019.

SENIOR UNITED STATES DISTRICT JUDGE

[1] This ruling does not preclude suit by plaintiff-tenants with standing to proceed with similar or related claims.